## Minutes of the United States District Court
### Southern District of California
### JANUARY 17, 2008

HON. **CATHY ANN BENCIVENGO**            DEPUTY CLERK: **L. HERNANDEZ**

---

TAPE NO. CAB08-9:39-9:47

```
08MJ0021-CAB       USA      vs.    PIEDAD ALVARADO-MATA (2)(C)  06855298

PRELIMINARY HEARING                 KENNETH McMULLAN, CJA (2)

                                    AUSA: PETER MAZZA
```

---

```
PRELIMINARY HEARING NOT HELD AS TO THIS DEFT
GOVT'S ORAL MOTION TO DISMISS CASE AS TO DFT (2) - GRANTED
COURT DISMISSES ACTION W/OUT PREJUDICE AS TO DFT (2) ONLY
DFT (2) IS TERMINATED FROM THIS ACTION;
ABSTRACT ISSUED TO USM.

TERMINATED DFT WILL PROCEED IN CASE NO. 08CR0142-W, AS A NAMED MATERIAL WITNESS.

(CO-DFT ARRAIGNED ON INDICTMENT AND GOVT PROCEEDS WITH ACTION IN CASE NO. 08CR0142-W)
```